```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
    GLOBAL REFINING GROUP, INC.,                                    :

                                                    Plaintiff,                :          1:21-cv-00532-GHW

                  -against-                              :          <u>ORDER</u>

PMD ANALYSIS INC. a/k/a ANALYSE PMD  :
INC., ROBERT TURCOTTE, *and* MONICA     :
ARMSTRONG,                                                :

                                             Defendants.    :
----------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       For the reasons stated on the record during the hearing held on May 20, 2022, the Court grants Plaintiff's motion for leave to file a first amended complaint, Dkt. No. 84, and denies Defendants' motion to dismiss the copyright infringement claim, Dkt. No. 73. The Court accepts the Plaintiff's first amended complaint, Dkt. No. 106, filed on May 21, 2022.

       As stated during the May 20, 2022 hearing, the parties are directed to file, no later than May 27, 2022, a joint letter addressing whether Defendants require additional time to conduct discovery regarding the newly added claims, describing the nature of any such discovery needed by Defendants, and proposing a plan for completing such discovery. In addition, the parties are directed to state in their joint letter whether the parties anticipate trying this case to a jury.

       The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 73 and 84.

       SO ORDERED.

Dated: May 22, 2022
       New York, New York                                        _____
                                                                            GREGORY H. WOODS
                                                                     United States District Judge