```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
GLOBAL REFINING GROUP, INC.,                              :
:
                                Plaintiff,     :     1:21-cv-00532-GHW
:
          -against-                                         :     ORDER
:
PMD ANALYSIS INC. a/k/a/ ANALYSE PMD        :
INC., ROBERT TURCOTTE, *and* MONICA           :
ARMSTRONG,                                                       :
:
                              Defendants.  :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In a letter filed on May 27, 2022, Plaintiff stated that "the parties do not intend to try this case to a jury and would prefer to schedule a bench trial." Dkt. No. 108. If the parties wish to waive their right to a jury trial in this matter, the parties are directed to submit a stipulation signed by both parties including such a waiver by no later than June 13, 2022.

      If the parties wish to try this case jointly with the related case, *Turcotte v. Global Reining Group, Inc.*, 1:21-cv-09182, the parties are directed to submit a joint letter no later than June 13, 2022 including a request for a joint bench trial and providing an estimate of the length of such a trial.

      SO ORDERED.

Dated: June 6, 2022
New York, New York

                                                     GREGORY H. WOODS
                                                  United States District Judge