USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
   GLOBAL REFINING GROUP, INC., :
:
                               Plaintiff, :   1:21-cv-00532-GHW
:
               -against- :   <u>ORDER</u>
:
   PMD ANALYSIS INC. a/k/a/ ANALYSE PMD :
   INC., ROBERT TURCOTTE, *and* MONICA :
   ARMSTRONG, :
:
                        Defendants. :
:
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On July 14, 2022, the parties filed a stipulated second amended confidentiality agreement and proposed protective order, Dkt. No. 126. The parties failed to comply with the Court's Individual Rule 4(D), which requires, among other things, that that the parties file the proposed protective order as an attachment to a cover letter and to provide a blackline showing any deviations from the Court's Model Protective Order.

      Accordingly, the Court DENIES the parties' request to endorse the proposed protective order.

      SO ORDERED.

Dated: July 15, 2022
       New York, New York

                                                              _____
                                                                GREGORY H. WOODS
                                                             United States District Judge