UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REFINING GROUP, INC., <br><br>       Plaintiff, <br><br>-against- <br><br>PMD ANALYSIS INC. also known as ANALYSE PMD INC., ROBERT TURCOTTE, and MONICA ARMSTRONG, <br><br>       Defendants. | Case No. 1:21-cv-00532 (JLR) <br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  IT IS HEREBY ORDERED that the parties shall appear for a status conference to discuss the anticipated bench trial in this action on **October 25, 2022**, at 3:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  IT IS FURTHER ORDERED that the bench trial in this action, as contemplated by Judge Woods' July 14, 2022 Order (ECF No. 127), shall commence on **February 13, 2023**, at 9:00 a.m., in the aforementioned courtroom.  All previously-scheduled deadlines remain in effect.

Dated: October 4, 2022
    New York, New York

                    SO ORDERED.

                    _____
                    JENNIFER L. ROCHON
                    United States District Judge