UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REFINING GROUP, INC., <br><br> Plaintiff, <br><br> -against- <br><br> PMD ANALYSIS INC. also known as ANALYSE PMD INC., ROBERT TURCOTTE, and MONICA ARMSTRONG, <br><br> Defendants. | Case No. 1:21-cv-00532 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of counsels' motion to withdraw as Defendants' attorney and corresponding papers. ECF Nos. 140-142. IT IS HEREBY ORDERED that Mr. Turcotte, Ms. Armstrong, and a representative from PMD Analysis appear with counsel at the October 25, 2022 conference to discuss this motion with the Court.

Dated: October 13, 2022
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge