UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REFINING GROUP, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>PMD ANALYSIS INC. also known as ANALYSE PMD INC., ROBERT TURCOTTE, and MONICA ARMSTRONG,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:21-cv-00532 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the Clerk's Certificate of Default, dated December 7, 2022. ECF No. 151. IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment, in accordance with the Court's Individual Rule 3(O), no later than **January 5, 2023**. As stated in the Court's Individual Rules, Plaintiff shall serve its motion and this Order on Defendants **within two weeks** of the filing of its motion for default judgment.

In light of Defendants' failure to retain counsel or otherwise file a notice of appearance in this action, IT IS FURTHER ORDERED that the bench trial in this case, and the deadlines for the filing of pretrial submissions, are adjourned without date.

Dated: December 19, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　*Jennifer Rochon*
　　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge