```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

GLOBAL REFINING GROUP, INC.,

        Plaintiff,

-against-

PMD ANALYSIS INC. a/k/a ANALYSE PMD INC., et al.,

        Defendants.

ROBERT TURCOTTE d/b/a PREMIUM CATALYTIC CONVERTER REFINING,

        Plaintiff,

-against-

GLOBAL REFINING GROUP, INC.,

        Defendant.

21-CV-532 (JLR) (BCM)

21-CV-9182 (JLR) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/01/2023

**BARBARA MOSES, United States Magistrate Judge.**

    The above-captioned related matters have been referred to Magistrate Judge Barbara Moses for report and recommendation on Global Refining Group, Inc.'s motions for default judgment (Dkt. 155 in No. 21-CV-532; Dkt. 98 in No. 21-CV-9812), and for inquests on damages. (*See* Dkt. 161 in No. 21-CV-532; Dkt. 102 in 21-CV-9812.)

    The Court will hold a telephonic conference regarding the referred motions on **March 21, 2023, at 11:00 a.m.** The parties shall dial **(888) 557-8511** and enter the access code **7746387** a few minutes before the scheduled time. All unrepresented individuals must attend.

    Global Refining Group, Inc. shall promptly (and in no event later than **March 6, 2023**) serve a copy of this Order on each defaulted party at that party's last known address, and shall file proof of such service on each docket.

Dated: New York, New York
       March 1, 2023

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**