UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL REFINING GROUP, INC.,

    Plaintiff,

-against-

PMD ANALYSIS INC. a/k/a ANALYSE PMD INC., et al.,

    Defendants.

21-CV-532 (JLR) (BCM)

---

ROBERT TURCOTTE d/b/a PREMIUM CATALYTIC CONVERTER REFINING,

    Plaintiff,

-against-

GLOBAL REFINING GROUP, INC.,

    Defendant.

21-CV-9182 (JLR) (BCM)

**ORDER**

---

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated during today's telephonic conference, it is hereby ORDERED that:

    1. <u>Attorneys' Fees</u>. Global Refining Group, Inc. (Global) shall submit its application for attorneys' fees in connection with the pending motions for default in the above-captioned related cases no later than **April 4, 2023**. Fee applications must be supported by contemporaneous time records authenticated by counsel and showing, for each attorney or other timekeeper, the date of service, the hours expended, the hourly rate charged (if applicable), and the nature of the work performed. Global must also submit admissible evidence identifying each attorney or other timekeeper and describing his or her background and qualifications, as well as evidence documenting Global's costs and expenses.

    2. <u>Service</u>. Global shall promptly serve a copy of this Order, and of its application for attorneys' fees, once made, on the defaulted parties and file proof of such service on the docket.

Dated: New York, New York
       March 21, 2023

                                                    SO ORDERED.

                                                    _____

                                                    **BARBARA MOSES**
                                                    **United States Magistrate Judge**

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/21/2023