UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLOBAL REFINING GROUP, INC.,

                        Plaintiff,                                    21 **CIVIL** 0532 (JLR)

        -against-                                        **JUDGMENT**
                                                            For Attorney's Fees

PMD ANALYSIS INC. a/k/a ANALYSEPMD
 INC., ROBERT TURCOTTE, and MONICA
 ARMSTRONG,
                          Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated December 26, 2023, the Court ADOPTS the thorough and well-reasoned Report in its entirety. Judgment is entered in favor of Plaintiffs in the total amount of $213,923.16, as set forth herein, plus post-judgment interest to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment. In light of the clear notice provided in the Report, the lack of any timely objections precludes appellate review of this decision. See Frank, 968 F.2d at 300.

**Dated:**  New York, New York
            December 26, 2023

                                                                  **RUBY J. KRAJICK**
                                                                   **Clerk of Court**

                                      **BY:**
                                                                     **Deputy Clerk**